CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DALIA HERRERA IRIAS,

       Plaintiff,

       vs.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

Case No. 3:25-cv-10308-TSH

**STIPULATION AND [PROPOSED]
ORDER FOR AN EXTENSION OF TIME**

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from February 2, 2026, to March 4, 2026, for Defendant to respond to Plaintiff's Complaint.

This is Defendant's FIRST request for an extension of time and good cause exists for this extension. In accordance with 42 U.S.C. § 405(g), the Commissioner files a certified copy of the transcript of the administrative record (CAR), including the evidence upon which the findings

Stip. to Extend Time & Prop. Order         1         Case No. 3:25-cv-10308-TSH

and decisions complained of are based. Our office has been informed by the client agency, which is the Social Security Administration, Office of Appellate Operations, that the transcript is not yet ready. The client agency therefore needs more time to prepare an administrative record for the Court's review.

Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Respectfully submitted,

Dated:  January 28, 2026                    /s/ Antoine James
                                            ANTOINE JAMES
                                            (*as authorized via email)
                                            Attorney for Plaintiff

Dated:  January 28, 2026                    CRAIG H. MISSAKIAN
                                            United States Attorney

                              By:    /s/ Erin Highland
                                     ERIN HIGHLAND
                                     Special Assistant U.S. Attorney

                                     Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  January 30, 2026                    _____
                                            THE HONORABLE THOMAS S. HIXSON
                                            United States Magistrate Judge