ANTOINE JAMES, SBN 295585
HOMELESS ACTION CENTER
2601 San Pablo Ave.
Oakland, CA  94612
Phone:  (510) 695-2260 x. 312
Fax:    (510) 858-7867
ajames@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DALIA HERRERA IRIAS,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No Case 3:25-cv-10308-TSH<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S BRIEF AND SEPARATE STATEMENT OF FACTS** |

        IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff shall have an extension of 14 days in which to file his Plaintiff's brief. This is Plaintiff's THIRD request for an extension of time to file her Plaintiff's brief.  Counsel for Plaintiff needs additional time to draft the motion due to a personal medical matter, despite due diligence.  Plaintiff's brief and separate statement of facts was due on June 1, 2026, pursuant to Civil L.R.16-5.  Plaintiff's Opening Brief and separate statement of facts is now due on June 15, 2026.

/

/

Stipulation and ~~Proposed~~ Order Extending Time – Case 3:25-cv-10308-TSH

Dated: June 1, 2026

/s/ *Antoine James*
ANTOINE JAMES
Attorney for Plaintiff


CRAIG H. MISSAKIAN
United States Attorney

Dated: June 1, 2026

/s/ *Erin Highland, per email authorization*
ERIN HIGHLAND
Special Assistant United States Attorney

Attorneys for Plaintiff

In accordance with Civil Local Rule 5-1(i)(3), I, Antoine James, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: June 6, 2026

THE HONORABLE THOMAS S. HIXSON
United States Magistrate Court Judge

Stipulation and ~~Proposed~~ Order Extending Time – Case 3:25-cv-10308-TSH

2