ANTOINE JAMES, SBN 295585
HOMELESS ACTION CENTER
2601 San Pablo Ave.
Oakland, CA 94612
Phone: (510) 695-2260 x. 312
Fax: (510) 858-7867
ajames@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DALIA HERRERA IRIAS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No Case 3:25-cv-10308-TSH<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE PLAINTIFF'S REPLY BRIEF** |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff shall have an extension of 14 days in which to file her Plaintiff's Reply Brief. This is Plaintiff's SECOND request for an extension of time to file her Plaintiff's Reply Brief. Counsel for Plaintiff needs additional time to draft the Reply Brief due to a personal family matter, despite due diligence. Plaintiff's Reply Brief was due on August 6, 2026, pursuant to Civil L.R.16-5. Plaintiff's Reply Brief is now due on August 20, 2026.

/

/

Dated: August 6, 2026

/s/ *Antoine James*
ANTOINE JAMES
Attorney for Plaintiff

CRAIG H. MISSAKIAN
United States Attorney

Dated: August 6, 2026

/s/ *Erin Highland, per email authorization*
ERIN HIGHLAND
Special Assistant United States Attorney

Attorneys for Plaintiff

In accordance with Civil Local Rule 5-1(i)(3), I, Antoine James, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: August 7, 2026

THE HONORABLE THOMAS S. HIXSON
United States Magistrate Court Judge